1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

7

NASTARAN SIROUSIAN,

Plaintiff,

8

v.

C19-72 TSZ

9

KINDERCARE LEARNING
CENTERS LLC,

MINUTE ORDER

10

11

Defendant.

12

      The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

13

14

      (1)     Defendant is DIRECTED to file, no later than Friday, February 8, 2019, an
amended disclosure statement pursuant to Local Civil Rule 7.1, disclosing, without
limitation, (1) each of KC Parent, LLC's members or owners, and (2) the citizenship of
each of KC Parent, LLC's members or owners so that the Court can determine whether
complete diversity of citizenship existed at the time the complaint was removed. *See
Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding
that "an LLC is a citizen of every state of which its owners/members are citizens").

15

16

17

18

      (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

19

      Dated this 30th day of January, 2019.

20

William M. McCool
Clerk

21

s/Karen Dews
Deputy Clerk

22

23

MINUTE ORDER - 1