THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NASTARAN SIROUSIAN, )
                    )  Case No. 2:19-cv-00072-TSZ
        Plaintiff,  )
                    )  **JOINT STIPULATION TO**
    v.              )  **REMAND REMOVED ACTION;**
                    )  **ORDER**
KINDERCARE LEARNING CENTERS )
LLC, a Delaware corporation, )
                    )
        Defendant.  )
_____ )

Plaintiff Nastaran Sirousian ("Plaintiff") and Defendant KinderCare Learning Centers LLC ("Defendant") stipulate as follows:

1.    Plaintiff commenced this action on or around October 30, 2018, by filing, along with three other named plaintiffs who are no longer parties, a Class Action Complaint in King County Superior Court, captioned *Sirousian v. KinderCare Learning Centers*, *LLC*, Case No. 18-2-27341-2 SEA ("State Court Action"). Plaintiff's Class Action Complaint was served on Defendant on or around October 31, 2018.

2.    On November 20, 2018, Plaintiff filed an Amended Complaint in the State Court Action, on behalf of herself only. Plaintiff's Amended Complaint was served on Defendant on or around November 26, 2018.

3.    On January 15, 2018, Defendant filed a Notice of Removal of the State Court Action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 (Dkt. 1), based on diversity jurisdiction, attaching Plaintiff's Amended Complaint in the State Court Action.

JOINT STIPULATION TO REMAND;
ORDER - 1
CASE NO. 2:19-CV-00072-TSZ

4.      In its Minute Order of February 14, 2019 (Dkt. 12), this Court instructed Defendant to submit an amended corporate disclosure statement pursuant to Local Civil Rule 7.1, identifying each of the members or owners of each of the five foreign partnerships and two Delaware partnerships ("Seven Members") that are members of Defendant's parent LLC (KC Parent, LLC); and identify the citizenship of each member or owner of the Seven Members.

5.      In light of the fact that some members or owners of the Seven Members are *themselves* partnerships or LLCs, identifying the citizenship of these members or owners would necessitate additional, expanding layers of disclosure, extending to entities and persons with no connection to this litigation. As a result, Defendant has been unable to determine with certainty the citizenship of all members or owners of each of the Seven Members of its parent LLC.

6.      The Parties have thus agreed and stipulate that this case should be remanded to King County Superior Court.

DATED:  March 8, 2019

LANE POWELL PC

By *s/ John S. Devlin*
   John S. Devlin III, WSBA No. 23988
   Taylor Washburn, WSBA No. 51524

   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA  98111-9402
   Telephone: 206.223.7000
   Facsimile: 206.223.7107
   devlinj@lanepowell.com
   washburnt@lanepowell.com

   *Attorneys for Defendant KinderCare*
   *Learning Centers LLC*

JOINT STIPULATION TO REMAND;
ORDER - 2
CASE NO. 2:19-CV-00072-TSZ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P O BOX 91302
SEATTLE, WASHINGTON 98111
206.223.7000  FAX: 206.223.7107

SHISHIDO TAREN PLLC


By s/ Jordan A. Taren
    Jordan A. Taren, WSBA No. 50066
    Robin J. Shishido, WSBA No. 45926

    1001 Fourth Avenue, Suite 3200
    Seattle WA, 98154
    Telephone: (206) 684-9320
    jtaren@shishidotaren.com
    rshishido@shishidotaren.com

*Attorneys for Plaintiff*


MACDONALD HOAGUE & BAYLESS


By s/ Jeffrey L. Taren
    Jeffrey L. Taren, WSBA No. 50275
    Katherine Chamberlain, WSBA No. 40014

    705 Second Avenue, Suite 1500
    Seattle, WA 98104
    Telephone: (206) 622-1604
    JeffreyT@mhb.com
    KatherineC@mhb.com

*Attorneys for Plaintiff*

JOINT STIPULATION TO REMAND;
ORDER - 3
CASE NO. 2:19-CV-00072-TSZ

**ORDER**

On March 8, 2018, the Parties in the above-captioned action filed a Joint Stipulation to Remand Removed Action.  Having reviewed that stipulation, and finding good cause, the Court hereby orders as follows:

1.      Pursuant to 28 U.S.C. § 1447(c), all further proceedings in this action, captioned *Sirousian v. KinderCare Learning Centers, LLC,* Western District of Washington, Case No. 2:19-cv-00072-TSZ, are hereby remanded to the Superior Court for King County in the State of Washington, without fees or costs to either party;

2.      The Clerk of the Court shall send copies of this Order to all counsel of record for all parties;

3.      Pursuant to 28 U.S.C. § 1447(c), the Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Court for King County Superior Court;

4.      The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for King County Superior Court;

5.      The parties shall file nothing further in this matter, and are instead instructed to seek any further relief to which they believe they are entitled from the courts of the State of Washington, as may be appropriate in due course; and

6.      The Clerk of the Court shall CLOSE this case.

IT IS SO ORDERED.

DATED this 22nd day of March, 2019.

Thomas S. Zilly
United States District Judge

JOINT STIPULATION TO REMAND;
ORDER - 4
CASE NO. 2:19-CV-00072-TSZ